**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **WONDERWARE CORPORATION d/b/a CORE BUSINESS TECHNOLOGIES**<br>**Plaintiff,**<br>**vs.**<br>**JAMES FALLON, Alias John Doe**<br>**Defendants** | **Case No.: 05-92ML** |

**AFFIDAVIT OF JAMES FALLON**

I, James Fallon, do hereby depose and state under oath as follows:

1. I am a 26-year-old resident of Randolph, Massachusetts.
2. I worked as a software programmer for Core Business Technologies ("Core") from July 2001 to August 2004.
3. After a three-month period of unemployment I took a new position in software with another Massachusetts company that does not compete with Core.
4. I never shared any of Core's proprietary technology or confidential or proprietary information with a third party.
5. My website, www.datadeliverysolutions.com does not contain any of Core's proprietary technology or confidential or proprietary information.
6. I have never received any revenues from my website and have no customers or prospects.
7. I have never solicited business from any of Core's customers and have not had any communication with Core's customers since my termination in August.



3

8. I do not have possession of any of Core's proprietary technology or confidential or proprietary information nor have I disclosed any such information to third parties.

Signed under the pains and penalties of perjury.

Witness

James Fallon

March 1, 2005

Date