AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

Wonderware Corporation d/b/a Core Business Technologies

V.

James Fallon, Alias John Doe

**SUMMONS IN A CIVIL CASE**

CASE N[redacted] 05 092ML

TO: (Name and address of Defendant)

James Fallon, Alias John Doe
30 Fitzgerald Street
Randolph, MA 02368

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Justin T. Shay (#2781)
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903
(401) 331-5700

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2/25/05

(By) DEPUTY CLERK

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of March, 2005, a true copy of the within was sent, via first-class mail, postage prepaid, to the following:

Harris K. Weiner, Esq.
321 South Main Street
Providence, RI 02903

G:\cmc\Core\pldgs\consentjudgment.doc

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WONDERWARE CORPORATION d/b/a CORE BUSINESS TECHNOLOGIES, Plaintiff, | : | |
| v. | : | C.A. No. 05-092ML |
| JAMES FALLON, ALIAS JOHN DOE, Defendant. | : | |

**AFFIDAVIT OF SERVICE**

Joseph Clark, being duly sworn, deposes and says:

1. I am over the age of eighteen (18) years and not a party to this action;

2. On the 25th day of February, 2005, in accordance with Rule 4 (e)(1) of the Federal Rules of Civil procedure and Rule 4 (e) of the Rhode Island Superior Court Rules of Civil Procedure, I caused to be served true copies of the following upon the Defendant, James Fallon, personally, in hand, at 30 Fitzgerald Street, Randolph, Massachusetts:

A. A copy of the Summons;

B. A copy of the Verified Complaint;

C. A copy of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction; and

records are assembled and available, the right granted under this Order shall not be exercised more than once.

4. Fallon and all others acting for or on his behalf or in concert with him are hereby permanently enjoined and restrained from (i) using Core's confidential and proprietary information for any purpose; and (ii) disclosing any portion of Core's confidential and proprietary information including, but not limited to, use in his website.

5. Fallon is hereby permanently enjoined and restrained from working directly or indirectly in the area of payment processing for the period ending August 24, 2007.

6. Core and Fallon shall each bear their own costs and attorneys' fees in this case.

ENTER: PER ORDER:

Mary M. Lisi
Mary M. Lisi, U.S.D.J. 3/9/05

Barbara Barletta

Assented to as to form and substance:

Justin T. Shay (#2781)
CAMERON & MITTLEMAN LLP
Attorneys for Plaintiff
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787
Date: March 8, 2005

Harris K. Weiner (#3779)
321 South Main Street
Providence, Rhode Island 02903
(401) 351-8200
FAX (401) 351-9032
Date: March 8, 2005

D. A copy of Plaintiff's Memorandum of Law in support of the above Motions.

Joseph Clark
Rhode Island Constable No. 6026

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this 4th day of ~~February,~~ March 2005.

Notary Public Bruce W Gladstone
My Commission expires: 7/26/08

## CERTIFICATE OF SERVICE

I hereby certify that on this 4TH day of ~~February~~ MARCH, 2005, a true copy of the within was sent, via first-class mail, postage prepaid, to Harris K. Weiner, Esq., 321 South Main Street, Providence, Rhode Island 02903.

G:\cmc\Core\pldgs\affofservice.doc

FILED
MAR 08 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WONDERWARE CORPORATION d/b/a :
CORE BUSINESS TECHNOLOGIES, :

Plaintiff, :

C.A. No. 05-092ML

v. :

JAMES FALLON, ALIAS JOHN DOE, :

Defendant. :

**CONSENT JUDGMENT**

This matter came to be heard on the Motion of the Plaintiff, Wonderware Corporation d/b/a Core Business Technologies ("Core"), for a Temporary Restraining Order and, by agreement of Core and the Defendant, James Fallon ("Fallon"), it is hereby:

**ORDERED, ADJUDGED AND DECREED that:**

1. Fallon and all others acting for or on his behalf or in concert with him are hereby ordered to *immediately* destroy all of Core's proprietary and confidential information which may be in his or their possession.

2. Fallon is hereby ordered to *immediately* divulge to Core the names and addresses of all persons, firms or entities to or with whom he may have delivered, sold, given or discussed Core's confidential or proprietary information or any portion or product thereof.

3. Fallon and all others acting for or on his behalf are hereby ordered to allow Core to audit his or their books and records, including electronic books and records, during business hours and upon reasonable prior notice, to verify that the provisions of Paragraphs 1 and 2 of this Order have been fulfilled. Provided all such books and

5